The LESS CARLOAD LOTS COMPANY and L. C. L. Corporation, Appellants, v. The PENNSYLVANIA RAILROAD COMPANY, Appellee.

No. 243.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

Lord, Day & Lord and Parker McCollester, all of New York City, and Edwin S. Clarkson, of Washington, D. C., for appellants.

Fraley & Paul, of Philadelphia, Pa., and Burlingham, Veeder, Clark & Hupper, of New York City (Henry N. Paul and Henry N. Paul, Jr., both of Philadelphia, Pa., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (10 F.Supp. 642) affirmed.

MADISON COUNTY CONSTRUCTION COMPANY, Inc., Appellant, v. HURON PORTLAND CEMENT COMPANY, Appellee.

No. 172.

Circuit Court of Appeals, Second Circuit.

Jan. 6, 1936.

Oscar J. Brown, of Syracuse, N. Y. (Leslie J. Schuyler, of Syracuse, N. Y., of counsel), for appellant.

Dudley, Stowe & Sawyer and Franklin D. L. Stowe, all of Buffalo, N. Y., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

M. BINKOVITZ & SONS, Inc., and General Olive Oil Corporation, Libelants-Appellees, v. THE MANUEL ARNUS and Compania Trasatlantica Espanola, Claimant-Respondent-Appellant.

J. H. ROSSBACH & BROS., Inc., Specialty Confectioners' & Bakers' Supply Company, Inc., and H. L. Sherer, doing business under the Trade-Name and Style of Yarritu Castile Soap Importing Co., Libelants-Appellees, v. THE MANUEL ARNUS, her Engines, Boilers, etc., Compania Trasatlantica, Claimant-Appellant.

Nos. 144, 145.

Circuit Court of Appeals, Second Circuit.

Dec. 16, 1935.

Hunt, Hill & Betts, of New York City (John W. Crandall and Frank J. Zito, both of New York City, of counsel), for The Manuel Arnus and appellant Compania Trasatlantica.

Hill & Rivkins, of New York City (Robert E. Hill and Barton P. Ferris, both of New York City, of counsel), for appellees M. Binkovitz & Sons, Inc., and General Olive Oil Corporation.

Bigham, Englar, Jones & Houston, of New York City (Alfred Ogden, of New York City, of counsel), for appellees J. H. Rossbach & Bros., Inc., and others.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees (10 F.Supp. 729) affirmed.